**Fill in this information to identify the case:**

Debtor 1: Robert Alan Miller and Kristi Lynn Miller

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Indiana

Case number: 1902995

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 08/01/2020

**New total payment:**
Principal, interest, and escrow, if any: $1013.74

**Last 4 digits** of any number you use to identify the debtor's account: 9 7 1 8

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $198.62     New escrow payment: $180.68

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:

   Current mortgage payment: $ _____     New mortgage payment: $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Emily Marchino            Date  07/03/2020
Signature

Print: MARCHINO,EMILY                    VP Loan Documentation
       First Name    Middle Name    Last Name    Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number        Street
         1000 Blue Gentian Road
         Address 2
         Eagan                    MN      55121-7700
         City                     State   ZIP Code

Contact phone  800-274-7025      NoticeOfPaymentChangeInquiries@wellsfargo.com
                                 Email

# UNITED STATES BANKRUPTCY COURT

Southern District of Indiana

Chapter 13 No. 1902995
Judge: Robyn L. Moberly

In re:

Robert Alan Miller and Kristi Lynn Miller

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before July 06, 2020 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:　　　　　　　　　By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

　　　　　　　　　　Robert Alan Miller and Kristi Lynn Miller
　　　　　　　　　　4188 Scioto Drive

　　　　　　　　　　Plainfield IN 46168


　　　　　　　　　　By U.S. Postal Service First Class Mail Postage Prepaid or FedEx
　　　　　　　　　　N/A


Debtor's Attorney:　　　By Court's CM/ECF system registered email address

　　　　　　　　　　Robert C. Perry
　　　　　　　　　　Robert C. Perry, Attorney at Law
　　　　　　　　　　205 W. Main St.

　　　　　　　　　　Plainfield IN 46168

　　　　　　　　　　By Court's CM/ECF system registered email address
　　　　　　　　　　N/A


Trustee:　　　　　　　By Court's CM/ECF system registered email address

　　　　　　　　　　John Morgan Hauber
　　　　　　　　　　Office of John M. Hauber, Chapter 13 Trustee
　　　　　　　　　　320 N. Meridian St., Ste. 200

　　　　　　　　　　Indianapolis IN 46204

　　　　　　　　　　　　　　/s/Emily Marchino
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　VP Loan Documentation
　　　　　　　　　　　　　　Wells Fargo Bank, N.A.



**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

**Escrow Review statement**
*For informational purposes only*

**Statement Date:** June 10, 2020
**Loan number:**
**Property address:**
    4188  SCIOTO DR
    PLAINFIELD IN 46168-9092

## Customer Service

 **Online**
wellsfargo.com

 **Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

ROBERT A MILLER
KRISTI MILLER
4188 SCIOTO DR
PLAINFIELD IN 46168-9092

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required minimum balance**: The escrow account balance is projected to be above the required minimum balance. This means there is an **overage**.

If payments required under the bankruptcy plan have not been made, any escrow overage will be held in the escrow account.

- **Payments**: As of the **August 1, 2020** payment, the contractual portion of the escrow payment **decreases**.

> The escrow account has an overage of
> **$301.74**

## Part 1 - Mortgage payment

| **New Payment** | The new total payment will be $1,013.74 | |
|---|---|---|
| | Previous payment through 07/01/2020 payment date | New payment beginning with the 08/01/2020 payment |
| **Principal and/or interest** | $833.06 | $833.06 |
| **Escrow payment** | $198.62 | $180.68 |
| **Total payment amount** | $1,031.68 | $1,013.74 |

> **No action required**
>
> Starting **August 1, 2020** the new contractual payment amount will be **$1,013.74**

**See Page 2 for additional details.**

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $812.60. For the coming year, we expect the amount paid from escrow to be $2,168.20.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 08/18 - 07/19 (Actual) | 05/19 - 04/20 (Actual) | 02/20 - 06/20 (Actual) | 08/20 - 07/21 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $1,614.78 | $1,628.28 | $812.60 | $1,625.20 | ÷ | 12 | = | $135.43 |
| **Property insurance** | $752.00 | $543.00 | $0.00 | $543.00 | ÷ | 12 | = | $45.25 |
| **Total taxes and insurance** | $2,366.78 | $2,171.28 | $812.60 | $2,168.20 | ÷ | 12 | = | $180.68 |
| **Escrow shortage** | $106.97 | $0.00 | $0.00 | $0.00 |  |  |  |  |
| **Total escrow** | $2,473.75 | $2,171.28 | $812.60 | $2,168.20 |  |  |  | $180.68 |

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance April, 2021 |   | $490.50 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Bankruptcy adjustment‡ | + | $172.60 |  |
| Minimum balance for the escrow account† | - | $361.36 | (Calculated as: $180.68 X 2 months) |
| **Escrow overage** | = | $301.74 |  |

‡This adjustment of $172.60, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12. We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

Loan Number:

## Part 3 - Escrow account projections

Escrow account projections from August, 2020 to July, 2021

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Jul 2020 | | | Starting balance | $1,032.58 | $903.44 |
| Aug 2020 | $180.68 | $0.00 | | $1,213.26 | $1,084.12 |
| Sep 2020 | $180.68 | $0.00 | | $1,393.94 | $1,264.80 |
| Oct 2020 | $180.68 | $812.60 | HENDRICKS COUNTY (5)(A) | $762.02 | $632.88 |
| Nov 2020 | $180.68 | $0.00 | | $942.70 | $813.56 |
| Dec 2020 | $180.68 | $0.00 | | $1,123.38 | $994.24 |
| Jan 2021 | $180.68 | $543.00 | SECURA INS | $761.06 | $631.92 |
| Feb 2021 | $180.68 | $0.00 | | $941.74 | $812.60 |
| Mar 2021 | $180.68 | $0.00 | | $1,122.42 | $993.28 |
| Apr 2021 | $180.68 | $812.60 | HENDRICKS COUNTY (5)(A) | **$490.50** | **$361.36** |
| May 2021 | $180.68 | $0.00 | | $671.18 | $542.04 |
| Jun 2021 | $180.68 | $0.00 | | $851.86 | $722.72 |
| Jul 2021 | $180.68 | $0.00 | | $1,032.54 | $903.40 |
| Totals | $2,168.16 | $2,168.20 | | | |

## Part 4 - Escrow account history

Escrow account activity from February, 2020 to July, 2020

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Feb 2020 | | | | | | | Starting Balance | -$1,326.22 | $617.06 | -$1,943.28 |
| Feb 2020 | $0.00 | $198.62 | -$198.62 | $0.00 | $0.00 | $0.00 | | -$1,326.22 | $815.68 | -$2,141.90 |
| Mar 2020 | $787.96 | $198.62 | $589.34 | $0.00 | $0.00 | $0.00 | | -$538.26 | $1,014.30 | -$1,552.56 |
| Apr 2020 | $198.62 | $198.62 | $0.00 | $812.60 | $815.68 | -$3.08 | HENDRICKS COUNTY (5)(A) | -$1,152.24 | $397.24 | -$1,549.48 |
| May 2020 | $0.00 | $198.62 | -$198.62 | $0.00 | $0.00 | $0.00 | | -$1,152.24 | $595.86 | -$1,748.10 |
| Jun 2020 (estimate) | $1,986.20 | $198.62 | $1,787.58 | $0.00 | $0.00 | $0.00 | | $833.96 | $794.48 | $39.48 |
| Jul 2020 (estimate) | $198.62 | $198.62 | $0.00 | $0.00 | $0.00 | $0.00 | | $1,032.58 | $993.10 | $39.48 |
| Totals | $3,171.40 | $1,191.72 | $1,979.68 | $812.60 | $815.68 | -$3.08 | | | | |